# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANGELLE ROSE SWAIN

VERSUS

FLEETWASH, INC., JAMES
TRAVIS CORTEZ, THE ESTATE OF
CODY JUDE COVEL, HAMBRON,
INC., EDWARD SMITH, ROBERT
L. EMKEY, PROGRESSIVE
INSURANCE COMPANY, ABC
INSURANCE COMPANY, DEF
INSURANCE COMPANY, XYZ
INSURANCE COMPANY AND DOES
1-50

NO.  2023 CW 1143

**MAY 20, 2024**

---

In Re:  Travelers Property Casualty Company of America,
applying for supervisory writs, 21st Judicial District
Court, Parish of Tangipahoa, No. 20150003370.

---

**BEFORE:  McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DISMISSED.** This writ application is dismissed,
pursuant to relator's correspondence filed on April 9, 2024,
advising that the claims between the plaintiff, Angelle Rose
Swain, and relator, Travelers Property Casualty Company of
America, have been amicably resolved and requesting that this
writ application be withdrawn.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT